STATE OF CONNECTICUT *v.* RONALD ZDANIS

The defendant's motion to set aside the judgment and to remand the case to the trial court with direction to render a final judgment of not guilty for the defendant in the appeal from the Superior Court in Hartford County is granted unless the state on or before March 21, 1977, files its brief.

*Maxwell Heiman,* for the appellant (defendant).

*Richard E. Maloney,* assistant state's attorney, for the appellee (state).

Argued March 1—decided March 1, 1977

MARILYN R. ZIMMERMAN *v.* JANET G. GRAHAM ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is granted unless the defendants on or before March 31, 1977, file their brief and appeal bond.

*Charles B. Alaimo,* for the appellee (plaintiff).

*Phyllis Corneal,* for the appellant (named defendant).

Argued March 1—decided March 1, 1977

DON THOMAS *v.* LYNN THOMAS

The state's motion to dismiss the plaintiff's appeal from the Superior Court in Fairfield County is granted.

*George Szydlowski,* assistant attorney general, for the appellee (state).

No appearance for the plaintiff.

No appearance for the defendant.